# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JANIE FAYE BATEMAN BLACKWELL

VERSUS

BLUE FLAME GAS COMPANY OF
LA, LLC; CHARLES RAY DEDON,
SR.; AND LINDA MARIE DEDON

NO.  2023 CW 1263

**MARCH 22, 2024**

---

In Re:    Blue Flame Gas Company of LA, LLC, Charles Ray Dedon, Sr., and Linda Marie Dedon, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 117005.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

_a. Sn_

DEPUTY CLERK OF COURT
FOR THE COURT